UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.  3:11CR57(MRK) |
| | : | |
| | : | |
| JOSE ARZUAGA | : | |

UNITED STATES OF AMERICA'S BILL OF PARTICULARS
FOR FORFEITURE OF ASSETS

The United States of America (the "United States"), by and through its attorney, the United States Attorney for the District of Connecticut, hereby files the following Bill of Particulars for Forfeiture of Assets

The Forfeiture Allegation of the Indictment sought forfeiture, pursuant to 21 U.S.C. § 853, of any property that constitutes or is derived from proceeds that the defendant obtained directly or indirectly as a result of the violations of 21 U.S.C. §§ 841 and 846 alleged in Counts One through of the Indictment.

The United States hereby gives notice that, in addition to the forfeiture allegation contained in the Indictment, the United States is seeking forfeiture of additional property, including but not limited to $54,654 in United States currency seized from Jose Arzuaga.

            Respectfully submitted,

            DAVID B. FEIN
            UNITED STATES ATTORNEY

              /s/
            SARAH P. KARWAN
            ASSISTANT UNITED STATES ATTORNEY
            157 CHURCH STREET
            NEW HAVEN, CT 06510
            (203) 821-3700

-2-

CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2011, a copy of the foregoing Bill of Particular's for Forfeiture of Assets was filed electronically, and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

      /s/

_____
SARAH P. KARWAN
ASSISTANT U.S ATTORNEY

# ATTACHMENT A:
## Description of
## [REAL PROPERTY ADDRESS]