UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2012 MAR 15  P 3: 20
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA  :  CRIM.NO.: 3:11 cr 57 (MRK)

v.  :

Angel Garcia  :

## CONSENT FORM

The defendant, *Angel Garcia*, hereby consents to have a United States Magistrate Judge hear the application and to administer the allocution pursuant to F.R. Crim. P., Rule 11.

CONSENTED TO:

DEFENDANT: _Angel Garcia_  3/15/12
Date

ATTORNEY FOR DEFENDANT: _____  3/15/12
Date

UNITED STATES ATTORNEY
BY A.U.S.A.: _____  3/15/12
Date

Rev. 5/3/2011