APPENDIX 1

