APPENDIX 2

