APPENDIX 3

# Honor Roll Certificate

"No Success Without Labor"

**BRIDGEPORT, CONNECTICUT**

THIS IS TO CERTIFY THAT

*Angel Velasquez*

HAVING OBTAINED AN AVERAGE OF ................ PER CENT IN H.12............ STUDIES DURING THE SCHOOL YEAR 19.90.. 19.91..., IS ENTITLED TO RANK AS A ............................ HONOR PUPIL IN THE

P. Vaughn
Home Room Teacher

William Sinkler
Principal

Form 2469