APPENDIX 4

