APPENDIX 5



Roosevelt School
Honor Roll Certificate
First Marking Period

This is to certify that
*Angel Velazquez*
has earned honors for the first marking
period of the 1991 - 1992 school year.

December, 1991

*William Tinkler*
Mr. William Tinkler