APPENDIX 6

