APPENDIX 7

