APPENDIX 8

