APPENDIX 9

