APPENDIX 11

