APPENDIX 12

