APPENDIX 13

