APPENDIX 14