APPENDIX 15



# Student of the Month

THIS CERTIFIES THAT

ANGEL VELASQUEZ

of

ROOSEVELT
SCHOOL

Bpt.           Ct.
CITY           STATE

has been recognized for outstanding achievement in December school year of 19 92 to 19 93 and is hereby awarded this certificate distinction. Given this 5th day of Feb 19 93