APPENDIX 16

## DARE

### CERTIFICATE OF ACHIEVEMENT

Certifies That

*Angel Velazquez*

has successfully completed the curriculum in
Drug Abuse Resistance Education ( DARE ) and
has made a personal commitment to avoid the
pressures to begin using drugs.

Superintendent of Schools       Commanding Officer / Chief of Police

Classroom Teacher       DARE Officer/Instructor