APPENDIX
17

