APPENDIX 19

# Housatonic Community College
Bridgeport, Connecticut

## Academic Recognition

*This certifies that*

**Angel D. Velazquez**

*has achieved Academic Recognition
as a part-time student
during the semester ending* May 2000



*Ruth K. MacDonald*
Academic Dean