APPENDIX 22

