UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : 

VS. : NO.: 3:11-CR-57-AWT

ANGEL GARCIA : MAY 7, 2015

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The Defendant, ANGEL GARCIA, respectfully requests that his remaining term of supervised release be terminated. In support thereof, counsel submits the following:

1. Mr. Garcia was sentenced by the court (Thompson, U.S.D.J.) on August 15, 2012 to a term of three (3) years of probation.

2. A copy of the Judgment can be found on PACER at entry #624.

3. Mr. Garcia's period of probation began on August 15, 2012 and he has completed thirty-three (33) of the thirty-six (36) months of probation.

4. He is gainfully employed and is in full compliance with all regular and special conditions of probation per her current probation officer (USPO Robert Bouffard). Additionally, he has recently graduated from New England Tractor Trailer Training School of Connecticut; Inc. Mr. Garcia has the opportunity for employment in this field that will take him out of state.

5. USPO Bouffard does not object to this request for early termination.

6. Assistant United States Attorney Gordon Hall takes no position on this matter.

WHEREFORE, it is requested that this Motion be granted.

THE DEFENDANT
ANGEL GARCIA


By: /s/Donald J. Cretella Jr.

Donald J. Cretella, Jr.
Zingaro & Cretella, LLC
1087 Broad Street
Bridgeport, CT 06604

Fed Bar # CT 22055
(203)367-0442

## **CERTIFICATION**

I hereby certify that on May 7, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                By: /s/Donald J. Cretella Jr.
                                                      Donald J. Cretella, Jr.